**CT Corporation**

**Service of Process Transmittal**
01/05/2015
CT Log Number 526343072

**TO:** Alasdair McMullan
Universal Music Group, Inc.
2220 Colorado Ave
Santa Monica, CA 90404-3506

**RE:** **Process Served in California**

**FOR:** Universal Music Group, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Henley Menefee, Pltf. vs. Universal Music Group, et al., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Plaintiff's Original Petition |
| **COURT/AGENCY:** | 11th Judicial District Court - Harris County, TX<br>Case # 201473687 |
| **NATURE OF ACTION:** | Plaintiff complaint for the violation of U.S. Criminal Code include Conspiracy, Fraud, Wire Fraud, Conspiracy Against Rights, Racketeering Influenced Corrupt Organization, Violent Crimes in Aid of Racketeering and Federal Wiretapping Act. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/05/2015 postmarked on 12/30/2014 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Henley Menefee<br>7210 Scott St.<br>#213<br>Houston, TX 77021<br>832-496-0010 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 772473385712<br>Image SOP<br>Email Notification, Scott Bauman scott.bauman@umusic.com<br>Email Notification, Alasdair McMullan Alasdair.mcmullan@umusic.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of 1 / HR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT B**





HARRIS COUNTY DISTRICT CLERK
P.O. Box 4651
HOUSTON, TEXAS 77210-4651

7014 1820 0001 6310 0550

$07.19
12/30/2014
Mailed From 77002
US POSTAGE

Universal Music Group can be served
through its registered agent C T
Corporation System
818 West Seventh Street 2nd Floor
Los Angeles, Ca 90017

CAUSE NO. 201473687

| | | |
|---|---|---|
| | RECEIPT NO. ********** | 70.00   CTM<br>TR # 73090199 |
| PLAINTIFF: MENEFEE, HENLEY<br>vs.<br>DEFENDANT: UNIVERSAL MUSIC GROUP | | In The  11th<br>Judicial District Court<br>of Harris County, Texas<br>11TH DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: UNIVERSAL MUSIC GROUP CAN BE SERVED THROUGH ITS REGISTERED AGENT C T
    CORPORATION SYSTEM
    818 WEST SEVENTH ST 2ND FLOOR  LOS ANGELES CA 90017

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 22nd day of December, 2014, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 24th day of December, 2014, under my hand and
seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
MENEFEE, HENLEY                          Harris County, Texas
7210 SCOTT ST #213                       201 Caroline     Houston, Texas 77002
HOUSTON, TX 77021                        (P.O. Box 4651, Houston, Texas 77210)

Bar No.: 1                               GENERATED BY: TEZENO, CHARLIE    CMA//9995693

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

ADDRESS

ADDRESSEE

Service was executed in accordance with Rule 106(a)
(2) TRCP, upon the Defendant as evidenced by the
return receipt incorporated herein and attached
hereto at _____

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

By _____, Deputy

N.INT.CITM.P

CAUSE NO. 201473687

| | RECEIPT NO. | 70.00    CTM |
|---|---|---|
| | ********** | TR # 73090203 |
| PLAINTIFF: MENEFEE, HENLEY | | In The  11th |
| vs. | | Judicial District Court |
| DEFENDANT: UNIVERSAL MUSIC GROUP | | of Harris County, Texas |
| | | 11TH DISTRICT COURT |
| | | Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: BLIGE, MARY JANE
    1750 VINE ST  LOS ANGELES CA 90028

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 22nd day of December, 2014, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
   This citation was issued on 24th day of December, 2014, under my hand and seal of said Court.



Issued at request of:
MENEFEE, HENLEY
7210 SCOTT ST #213
HOUSTON, TX 77021

Bar No.: 1

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: TEZENO, CHARLIE   CMA//9995693

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____     _____
                                        ADDRESS

ADDRESSEE                               Service was executed in accordance with Rule 106(a)
                                        (2) TRCP, upon the Defendant as evidenced by the
                                        return receipt incorporated herein and attached
                                        hereto at _____

                                        on _____ day of _____, _____
                                        by U.S. Postal delivery to _____

                                        This citation was not executed for the following
                                        reason: _____

                                        CHRIS DANIEL, District Clerk
                                        HARRIS COUNTY, T E X A S

                                        By _____, Deputy

N.INT.CITM.P

CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK
P.O. Box 4651
HOUSTON, TEXAS 77210-4651



7014 1820 0001 6310 0581

$07.19?

US POSTAGE

Mary Jane Blige
1750 Vine Street
Los Angeles, Ca 90028

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)　C. Date of Delivery |
| 1. Article Addressed to: 201473087 1#5<br><br>Mary Jane Blige<br>1750 Vine Street<br>Los Angeles, Ca 90028 | D. Is delivery address different from item 1? ☐ Yes<br>　If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Priority Mail Express™<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7014 1820 0001 6310 0581 |
| PS Form 3811, July 2013 | Domestic Return Receipt |

CAUSE NO. 201473687

| | |
|---|---|
| RECEIPT NO. ********** | 70.00  CTM<br>TR # 73090200 |
| PLAINTIFF: MENEFEE, HENLEY<br>vs.<br>DEFENDANT: UNIVERSAL MUSIC GROUP | In The 11th<br>Judicial District Court<br>of Harris County, Texas<br>11TH DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: CAPITOL RECORDS
    1750 VINE ST  LOS ANGELES CA 90028

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 22nd day of December, 2014, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 24th day of December, 2014, under my hand and seal of said Court.

Issued at request of:
MENEFEE, HENLEY
7210 SCOTT ST #213
HOUSTON, TX 77021

Bar No.: 1

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: TEZENO, CHARLIE   CMA//9995693

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106(a)(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at _____

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following reason: _____

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

By _____, Deputy

N.INT.CITM.P

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: 20473087 1H2<br><br>**Capitol Records**<br>**1750 Vine Street**<br>**Los Angeles, Ca 90028** | D. Is delivery address different from Item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 1820 0001 6310 0574 |

PS Form 3811, July 2013    Domestic Return Receipt



CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK
P.O. Box 4651
HOUSTON, TEXAS 77210-4651

7014 1820 0001 6310 0574



$07.19
12/30/2014
Mailed From 77002
US POSTAGE

Capitol Records
1750 Vine Street
Los Angeles, Ca 90028